# JC - SA

Adobe Sign Document History

08/02/2018

| | |
|---|---|
| Created: | 08/02/2018 |
| By: | Robert Jurewicz (rjurewicz@shamisgentile.com) |
| Status: | Signed |

SETTLEMENT AGREEMENT AND RELEASE

The Settlement Agreement and General ("Agreement") is made and entered into this ___ day of August, 2018 by and among (i) Plaintiff John Messner ("Plaintiff"), and which, and in behalf of the Settlement Class, and (ii) Defendant. If USA Inc. ("Jenny Craig"), subject to preliminary and final approval as required by Rule 23 of the Federal Rules of Civil Procedure. As provided herein, Plaintiff's Class Counsel and Jenny Craig hereby expressly and agree that, in consideration of the payments and covenants set forth in this Agreement and upon entry by the Court of a Final Order and Judgment and terms of this settlement Class against Jenny Craig in this action while Class Action ... Jenny Craig No. 3:17-cv-3 are No. 3:1... will fully dispose of the ...... shall be settled and a legal relief upon the terms and conditions contained herein.

1.   **Recitals**
     1.   Beginning on or around January 2017, Jenny Craig sent text messages using the TextMagic platform to approximately N.N.N. unique mobile telephones (the "Text Messages" or single Craig Text Messages").
     2.   At trial, Plaintiff was asserting claim on behalf of the Text Messages.
     3.   On May ..., 2018, Plaintiff initiated this litigation against Jenny Craig in the United States District Court for the Southern District of Florida alleging violation of the Telephone Consumer Protection Act, 18 USA ..................